1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CABN 154284)
   Assistant United States Attorney
5
            450 Golden Gate Avenue, 11th Floor
6           San Francisco, CA 94102
            Telephone: 415.436.7200
7           Facsimile: 415.436.7234
            Email: stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )  No. CV 12-1724 CRB
                                       )
14                       Plaintiff,    )  **STIPULATION AND [PROPOSED] ORDER
                                       )  SEEKING STAY OF ACTION**
15         v.                          )
                                       )
16 $24,500 IN UNITED STATES            )
   CURRENCY,                           )
17                                     )
                         Defendant.    )
18 _____)

19
        IT IS HEREBY STIPULATED by and between plaintiff United States of America and
20
   prospective claimants, Travis Ferry and Rachel Fowler, through undersigned counsel, that this action be
21
   stayed pursuant to Title 21, United States Code, Section 881(i) (incorporating the provisions of Title 18,
22
   United States Code, Section 981(g)). The parties contend that Travis Fowler is the subject of a related
23
   criminal investigation being conducted by the Drug Enforcement Administration. As a result of that
24
   investigation, Travis Ferry is currently awaiting trial on drug charges in the Central District of Illinois.
25
   The parties contend that the conduct underlying the pending criminal charges in Illinois support, in part,
26
   the allegations set forth in the forfeiture complaint in this district. Consequently, the parties agree
27
   that a stay in the forfeiture proceeding is appropriate in order to preserve the prospective
28

claimants' right against self-incrimination in the related criminal matter. The parties thus request that matter be stayed pending resolution of the related criminal investigation and prosecution. Accordingly, the parties request that the case management conference currently scheduled for July 20, 2012, be vacated and that the matter be set for further status in approximately 120 days.

DATED: 7/11/12

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED:

_____
JEFFREY SCHWARTZ
Attorney for Prospective Claimant Travis Ferry

DATED:

_____
BRIAN J. PETERSON
Attorney for Prospective Claimant Rachel Fowler

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation. The matter is continued until 8:30 12/7/2012 for status.

DATED: July 12, 2012

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER SEEKING STAY OF
CV 12-1724 CRB

2

claimants' right against self-incrimination in the related criminal matter. The parties thus request that matter be stayed pending resolution of the related criminal investigation and prosecution. Accordingly, the parties request that the case management conference currently scheduled for July 20, 2012, be vacated and that the matter be set for further status in approximately 120 days.

DATED: 

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 7/11/12

_____
JEFFREY SCHWARTZ
Attorney for Prospective Claimant Travis Ferry

DATED: 7/11/12

_____
BRIAN J. PETERSON
Attorney for Prospective Claimant Rachel Fowler

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation. The matter is continued until _____ _____ for status.

DATED:

_____
CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER SEEKING STAY OF ACTION
CV 12-1724 CRB                                                                                                    2