```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  STEPHANIE M. HINDS (CABN 154284)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, 11th Floor
 6      San Francisco, CA 94102
        Telephone: 415.436.7200
 7      Facsimile: 415.436.7234
        Email: stephanie.hinds@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CV 12-1724 CRB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **SEEKING STAY OF ACTION** |
| $24,500 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and prospective claimants, Travis Ferry and Rachel Fowler, through undersigned counsel, that this action be stayed pursuant to Title 21, United States Code, Section 881(i) (incorporating the provisions of Title 18, United States Code, Section 981(g)). The parties contend that Travis Fowler is the subject of a related criminal investigation being conducted by the Drug Enforcement Administration. As a result of that investigation, Travis Ferry is currently awaiting trial on drug charges in the Central District of Illinois. The parties contend that the conduct underlying the pending criminal charges in Illinois support, in part, the allegations set forth in the forfeiture complaint in this district. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve the prospective

1  claimants' right against self-incrimination in the related criminal matter. The parties thus request
2  that matter be stayed pending resolution of the related criminal investigation and prosecution.
3  Accordingly, the parties request that the case management conference currently scheduled for July 20,
4  2012, be vacated and that the matter be set for further status in approximately 120 days.

DATED: 7/11/12

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED:

_____
JEFFREY SCHWARTZ
Attorney for Prospective Claimant Travis Ferry

DATED:

_____
BRIAN J. PETERSON
Attorney for Prospective Claimant Rachel Fowler

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation. The matter is continued until 8:30 12/7/2012 for status.

DATED: July 12, 2012

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER SEEKING STAY OF
CV 12-1724 CRB                                                                                                    2

claimants' right against self-incrimination in the related criminal matter. The parties thus request that matter be stayed pending resolution of the related criminal investigation and prosecution. Accordingly, the parties request that the case management conference currently scheduled for July 20, 2012, be vacated and that the matter be set for further status in approximately 120 days.

DATED:

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 7/11/12

_____
JEFFREY SCHWARTZ
Attorney for Prospective Claimant Travis Ferry

DATED: 7/11/12

_____
BRIAN J. PETERSON
Attorney for Prospective Claimant Rachel Fowler

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation. The matter is continued until _____ for status.

DATED:

_____
CHARLES R. BREYER
United States District Judge