| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CABN 154284)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>Telephone: 415.436.7200<br>Facsimile: 415.436.7234<br>Email: stephanie.hinds@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 12-1724 CRB |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER SEEKING FURTHER STAY OF ACTION** |
| v. | ) | |
| $24,500 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and prospective claimants, Travis Ferry and Rachel Fowler, through undersigned counsel, that this action be stayed pursuant to Title 21, United States Code, Section 881(i) (incorporating the provisions of Title 18, United States Code, Section 981(g)). The parties contend that Travis Ferry is the subject of a related criminal investigation being conducted by the Drug Enforcement Administration. As a result of that investigation, Travis Ferry is still awaiting trial on drug charges in the Central District of Illinois. The parties contend that the conduct underlying the pending criminal charges in Illinois support, in part, the allegations set forth in the forfeiture complaint in this district. Consequently, the parties agree that a further stay in the forfeiture proceeding is appropriate in order to preserve the prospective

claimants' right against self-incrimination in the related criminal matter.  The parties thus request that matter be stayed pending resolution of the related criminal investigation and prosecution.  Accordingly, the parties request that the case management conference currently scheduled for December 7, 2012, be vacated and that the matter be set for further status in approximately 120 days.

DATED: 12/05/12

_____/S/_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 12/05/12

_____/S/_____
JEFFREY SCHWARTZ
Attorney for Prospective Claimant Travis Ferry

DATED: 12/05/12

_____/S/_____
BRIAN J. PETERSON
Attorney for Prospective Claimant Rachel Fowler

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation.  The matter is continued until  8:30 April 19, 2013 for status.

DATED:  December 6, 2012

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER SEEKING STAY OF ACTION
CV 12-1724 CRB

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

**STIPULATION AND [PROPOSED] ORDER SEEKING FURTHER STAY OF ACTION**

to be served on this date, via regular U.S. mail, the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Jeffrey Schwartz, Esq.  
791 8th Street, Suite H  
Arcata, CA 95521

Brian J. Peterson  
360 Ritch Street, Suite 201  
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5th___ day of December, 2012, at San Francisco, California.

/S/  
CAROLYN JUSAY  
FSA Paralegal/ AFU

STIPULATION AND [PROPOSED] ORDER SEEKING STAY OF ACTION  
CV 12-1724 CRB

3