MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7200
    Facsimile: 415.436.7234
    Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  CV 12-1724 CRB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER SEEKING** |
| | ) **FURTHER STAY OF ACTION** |
| v. | ) |
| | ) |
| $24,500 IN UNITED STATES | ) |
| CURRENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and

prospective claimants, Travis Ferry and Rachel Fowler, through undersigned counsel, that this action be

stayed pursuant to Title 21, United States Code, Section 881(i) (incorporating the provisions of Title 18,

United States Code, Section 981(g)).   The parties contend that Travis Ferry is the subject of a related

criminal investigation being conducted by the Drug Enforcement Administration.  As a result of that

investigation, Travis Ferry is still awaiting trial on drug charges in the Central District of Illinois.  The

parties contend that the conduct underlying the pending criminal charges in Illinois support, in part, the

allegations set forth in the forfeiture complaint in this district.  Consequently, the parties  agree that a

further stay in the forfeiture proceeding is appropriate in order to preserve the prospective

claimants' right against self-incrimination in the related criminal matter.  The parties thus request

that matter be stayed pending resolution of the related criminal investigation and prosecution.

Accordingly, the parties request that the case management conference currently scheduled for

April 19, 2013, be vacated and that the matter be set for further status on August 23, 2013.


DATED: 04/17/13


_____/S/_____

STEPHANIE M. HINDS
Assistant United States Attorney


DATED: 04/17/13


_____/S/_____

JEFFREY SCHWARTZ
Attorney for Prospective Claimant Travis Ferry


DATED: 04/15/13


_____/S/_____

BRIAN J. PETERSON
Attorney for Prospective Claimant Rachel Fowler


IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture

action is stayed in light of the pending related criminal investigation.  The matter is continued until

August 23, 2013 at 8:30 a.m.     for status.

DATED: April 17, 2013                       _____

CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER SEEKING STAY OF ACTION                                     2
CV 12-1724 CRB