1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CABN 154284)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, CA 94102
        Telephone: 415.436.7200
7       Facsimile: 415.436.7234
        Email: stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )  No.  CV 12-1724 CRB
                                        )
14                    Plaintiff,        )  STIPULATION AND  ORDER CONTINUING
                                        )  CASE MANAGEMENT CONFERENCE
15            v.                        )
                                        )
16  $24,500 IN UNITED STATES            )
    CURRENCY,                           )
17                                      )
                      Defendant.        )
18  _____)

19

20        IT IS HEREBY STIPULATED by and between plaintiff United States of America and

21  prospective claimants, Travis Ferry and Rachel Fowler, through undersigned counsel, that this action be

22  stayed pursuant to Title 21, United States Code, Section 881(i) (incorporating the provisions of Title 18,

23  United States Code, Section 981(g)).   The parties contend that Travis Fowler is the subject of a related

24  criminal investigation being conducted by the Drug Enforcement Administration.  As a result of the case

25  related to that investigation, Travis Ferry has pled guilty and is currently awaiting sentencing on drug

26  charges in the Central District of Illinois.  The parties contend that the conduct underlying the pending

27  criminal charges in Illinois support, in part, the allegations set forth in the forfeiture complaint in this

28  district.  Consequently, the parties  agree that a further stay in the forfeiture proceeding is appropriate in

order to preserve the prospective claimants' rights against self-incrimination in the related criminal matter.  The parties thus request that matter be stayed pending resolution of the related criminal investigation and prosecution.  Accordingly, the parties request that the case management conference currently scheduled for August 23, 2013, be vacated and that the matter be set for further status in approximately 90 days.


DATED: August 23, 2013


_____/s/_____
STEPHANIE M. HINDS

Assistant United States Attorney


DATED:  August 23, 2013


_____/s/_____
JEFFREY SCHWARTZ
Attorney for Prospective Claimant Travis Ferry


DATED:  August 23, 2013


_____/s/_____
BRIAN J. PETERSON
Attorney for Prospective Claimant Rachel Fowler


IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation.  The matter is continued until November 22, 2013 at 8:30 a.m.  for status.


DATED:  August 26, 2013                     _____
CHARLES R. BREYER
United States District Judge